# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

141061 & (13)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HOME-OWNERS INSURANCE COMPANY,
a subrogee of Harold Salenbien and Darlene
Salenbien, and HAROLD SALENBIEN and
DARLENE SALENBIEN,
          Plaintiffs-Appellees,

v

FOWLER BUILDING COMPANY, L.L.C.,
        Defendant-Appellant.

SC: 141061
COA: 295105
Monroe CC: 08-026212-CZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 31, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

              Clerk